**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CASE NO.: 6:20-cv-00889-PGB-LRH

TAVIA WAGNER,

    Plaintiff,

vs.

MONU ENTERPRISES, INC.,

    Defendant.

_____/

**NOTICE OF SETTLEMENT**

Plaintiff TAVIA WAGNER, by and through her undersigned counsel, hereby files this Notice of Settlement, to advise the Court that Plaintiff has reached settlement of the claims in the above-styled action as to Defendant, MONU ENTERPRISES, INC. The Parties are in the process of finalizing formal settlement.

Respectfully submitted this 26th day of October 2020.

By: /s/Joe M. Quick, Esq.
    Joe M. Quick, Esq.
    Florida Bar No.: 0883794
    Law Offices of Joe M. Quick, P.A.
    *Counsel for Plaintiff*
    1224 S. Peninsula Drive #619
    Daytona Beach, Florida 32118
    Tel: (386) 212-3591
    E-mail: JMQuickesq@gmail.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 26th day of October 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  I also certify that the aforementioned document is being served on all counsel of record, corporation, or pro se parties via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

                                    By: /s/Joe M. Quick, Esq.
                                    Joe M. Quick, Esq.
                                    Florida Bar No.: 0883794
                                    Attorney for Plaintiff
                                    Law Offices of Joe M. Quick, P.A.
                                    1224 S. Peninsula Drive #619
                                    Daytona Beach, Florida  32118
                                    Tel: (386) 212-3591
                                    E-mail: JMQuickesq@gmail.com