## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

TAVIA WAGNER,

        Plaintiff,

v.                                        Case No:  6:20-cv-889-Orl-40LRH

MONU ENTERPRISES INC.,

        Defendant.

_____/

## ORDER

      This cause comes before the Court on the parties' Joint Stipulation of Dismissal with Prejudice (Doc. 18). The dismissal is self-executing pursuant to Federal Rule of Civil Procedure 41(a)(1). *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE**. The Clerk is **DIRECTED** to terminate any pending deadlines and close the file in this case.

      **DONE AND ORDERED** in Orlando, Florida on December 4, 2020.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties